IN THE United States
Federal Court of The
Ocala Division

Michael Anthony LoRusso,
    Class Action Petitioner,

vs

Department of Corrections,
Lowell Correctional Institution,
    Defendant,

Case No: Pending

5:22-CV-355-TPB-PRL

## Class Action Writ of Habeas Corpus

As Petitioner in a Class Action Federal Habeas Corpus U.S.C. § 2254 as Attorney General Ashley Moody would clearly have to defend

1. All Florida Department of Corrections female inmates that were held under the illegal incarceration of known sexual predator Keith Turner.

## Statement of Claim

1. As in Class action that all inmates housed in Lowell Correctional Institution have been exposed to Violation of the eighth amendment.

2. Ashley Moody clearly has or known of a record settled lawsuit involving Lieutenant Keith Turner and Ryan Dionne. This record lawsuit was for 4.65 million dollars and Defendant freely admitted guilt in the beating of a handcuffed defenseless female inmate so severely that she will never walk again. Let that soak into the Court. Two man beat a female so badly that she is paralyzed. Freely admitted guilt in a settlement.

-1-

## Keith Turner

1. As the court is well aware and Ashley Moody is suppose to be for law and order. Mr. Turner is in The Marion County Jail for not one but two counts of Aggravated Child Molestion of Victims under 12. A Sexual predator! That is what Ricky Dixon wants to work in The Department of Corrections.

## Previous Sexual Complaints

1. A total of 17 separate Sexual Complaints was made on officer Turner, Sergeant Turner and then Lievnetant Turner. All 17 complaints was swept under the rug by then Deputy Secretary Ricky Dixon
2. What did Ricky Dixon do? He Continued to promote Mr. Turner. The rights to under Federal law of Prison Rape means nothing. What investigation went on with these women who are the victims? Again, Ricky Dixon holds no responsibility of the actions of Keith Turner.

## Class Action Habeas

1. All female inmates that have been incarcerated when Ricky Dixon was under secretary and Keith Turner was held in violation of the eighth amendment. According to numerous reports.

-2-

Keith Turner would want sexual favors for drugs, Cell Phone, Cigarrettes, better food. Mr. Turner's Credit-ability yunies loved to hear from child predators. Did Defendant settle on a record lawsuit Yes or No? Did Defendant know of this pattern of sexual abuse and did nothing to prevent more victims Yes or No?

All 17 Women are victims of a class action lawsuit like Larry Nassir, Jeffrey Epstien, and Defendant like Gehaussle Maxwell allowed this to happen. How many more victims is Ashley Moody defending law and order that is what Republicans stand for as long it is not attacking The Capitol.

This Class Action Writ of Habeas Corpus Comes in good faith

Respectfully,

X _____

Michael LoRusso
345454
10800 Evans Road
Polk C.I.
Polk City, Florida
33868
Plaintiff Class Action
Pro Se

-3-